

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2013

No. 04-12-00431-CR

Julian Cedrick **BELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8623
Honorable Raymond Angelini, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, the State's motion for rehearing is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2013.

_____
Keith E. Hottle, Clerk